UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| MAURICE MARLOW WOOLEY, ) | No. ED CV 08-00333-DDP (VBK) |
| ) | |
| Petitioner, ) | ORDER (1) ACCEPTING AND ADOPTING |
| ) | THE REPORT AND RECOMMENDATION OF |
| v. ) | THE UNITED STATES MAGISTRATE |
| ) | JUDGE, AND (2) DISMISSING THE |
| MICHAEL S. EVANS, ) | PETITION FOR WRIT OF HABEAS |
| ) | CORPUS |
| Respondent. ) | |
| ) | |

Pursuant to 28 U.S.C. §636, the Court has made a de novo review of the Petition for Writ of Habeas Corpus ("Petition"), Respondent's Answer, Petitioner's reply, all of the records herein and the Report and Recommendation of the United States Magistrate Judge ("Report").

**IT IS ORDERED** that: (1) the Court accepts and adopts the Report and Recommendation, and (2) Judgment be entered dismissing the Petition with prejudice.

DATED: October 21, 2009

_____

DEAN D. PREGERSON
UNITED STATES DISTRICT JUDGE