JS - 6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | | |
|---|---|---|
| MAURICE MARLOW WOOLEY, | ) | No. ED CV 08-00333-DDP (VBK) |
| Petitioner, | ) | JUDGMENT |
| v. | ) | |
| MICHAEL S. EVANS, | ) | |
| Respondents. | ) | |

Pursuant to the Order Accepting and Adopting the Report and Recommendation of the United States Magistrate Judge, and dismissing the Petition for Writ of Habeas Corpus ("Petition") with prejudice,

**IT IS ADJUDGED** that the Petition is dismissed with prejudice.

DATED: October 21, 2009

DEAN D. PREGERSON
UNITED STATES DISTRICT JUDGE